SCWC-19-0000476

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Petitioner and Respondent/Plaintiff-Appellant,

vs.

LEAH SKAPINOK,
Respondent and Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000476; CASE NO. 1DTA-19-01048)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Wong, assigned by reason of vacancy)

Petitioner and Respondent/Plaintiff-Appellant's Application for Writ of Certiorari, filed on August 20, 2020, and Respondent and Petitioner/Defendant-Appellee's Application for Writ of Certiorari, filed on August 24, 2020, are hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, October 1, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Paul B.K. Wong

